**Information to identify the case:**

Debtor: **Gulf Coast Construction Inc**
Name

EIN **37–1766608**

United States Bankruptcy Court **Northern District of Georgia**
Court website: www.ganb.uscourts.gov

Date case filed for chapter **7   7/7/16**

Case number: **16–61905–mgd**

---

Official Form 309C (For Corporations or Partnerships)

# Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline    12/15

**For the debtor listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov). Copy fees or access charges may apply. A free automated response system is available at 866–222–8029 (Georgia Northern). You must have case number, debtor name, or SSN when calling.

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| | | |
|---|---|---|
| 1. **Debtor's full name** | Gulf Coast Construction Inc | |
| 2. **All other names used in the last 8 years** | | |
| 3. **Address** | 2148 Parador Bend<br>McDonough, GA 30253 | |
| 4. **Debtor's attorney**<br>Name and address | A. Christopher Nogales<br>Nogales & Associates, LLC<br>Bldg 3–D<br>1805 Herrington Rd.<br>Lawrenceville, GA 30043 | Contact phone 770–263–9990<br><br>Email: NO EMAIL ADDRESS FOUND |
| 5. **Bankruptcy trustee**<br>Name and address | Jordan E. Lubin<br>Building 2<br>8325 Dunwoody Place<br>Atlanta, GA 30350–3307 | Contact phone (770) 424–8281 |
| 6. **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | M. Regina Thomas<br>Clerk of Court<br><br>1340 Russell Federal Building<br>75 Ted Turner Drive SW<br>Atlanta, GA 30303 | Office Hours: 8:00 a.m. – 4:00 p.m.<br><br>Court website: www.ganb.uscourts.gov<br><br>Contact phone 404–215–1000 |
| 7. **Meeting of creditors**<br>The debtor's representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so. Cellular phones and other devices with cameras are not allowed in the building. | **August 11, 2016 at 08:30 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**Third Floor – Room 367, Russell Federal Building, 75 Ted Turner Drive SW, Atlanta, GA 30303** |
| 8. **Proof of claim**<br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now.<br><br>If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| 9. **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any | |

questions about your rights in this case.

Official Form 309C (For Corporations or Partnerships) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline** page **1**

United States Bankruptcy Court
Northern District of Georgia

In re:
Gulf Coast Construction Inc
    Debtor

Case No. 16-61905-mgd
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 113E-9     User: jlc     Page 1 of 1     Date Rcvd: Jul 08, 2016
                       Form ID: 309c     Total Noticed: 19

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 10, 2016.
```
db              #+Gulf Coast Construction Inc,    2148 Parador Bend,    McDonough, GA 30253-9057
tr               Jordan E. Lubin,    Building 2,    8325 Dunwoody Place,    Atlanta, GA  30350-3307
20003343        +Aaron Salas,    C/O Lowrey Parady,    1725 High Street Suite 1,    Denver, CO 80218-1305
20003344        +Adriana Lira,    161 S Amel St,    Denver, CO 80226-2410
20003345        +Cesar Isaac Salazar Tonorio,    120 Rockspray Ridge,    Peachtree City, GA 30269-2486
20003346        +Cesar Salazar,    C/O Lowrey Parady,    1725 High Street Suite 1,    Denver, CO 80218-1305
20003347        +Edgar Ceballos,    C/O Lowrey Parady,    1725 High Street Suite 1,    Denver, CO 80218-1305
20005939         Georgia Dept. of Labor,    Suite 826,    148 Andrew Young Inter. Blvd., NE,
                 Atlanta GA 30303-1751
20005938         Georgia Dept. of Labor,    Suite 910,    148 Andrew Young Inter. Blvd., NE,
                 Atlanta GA 30303-1751
20003348        +Hildeberto Aldeco Baltazar,    C/O Lowrey Parady,    1725 High Street Suite 1,
                 Denver, CO 80218-1305
20003349        +Juan Ramon Rodriguez,    C/O Lowrey Parady,    1725 High Street Suite 1,    Denver, CO 80218-1305
20003350        +Lesmi Ibeth Cardoza-Rodriguez,    c/o W. Calvin Smith II,    3560 Lenox Road NE Ste 3020,
                 Atlanta, GA 30326-4286
20003351        +Lowrey Parady,    1725 High Street, Suite 1,    Denver, CO 80218-1305
20003352        +Towards Justice,    1535 High St., Suite 300,    Denver, CO 80218-1704
20003353        +US Department of Labor,    Wage and Hour Division,    61 Forsyth St SW, RM 7M10,
                 Atlanta, GA 30303-8931
20003355        +US EEOC,    303 East 17th Ave, Ste 410,    Denver, CO 80203-1289
20003356        +Violeta Solis,    161 S. Amel St,    Denver, CO 80226-2410
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty              E-mail/Text: bankruptcy@nogalesfirm.com Jul 08 2016 21:24:32     A. Christopher Nogales,
                 Nogales & Associates, LLC,    Bldg 3-D,    1805 Herrington Rd.,    Lawrenceville, GA  30043
ust             +E-mail/Text: ustpregion21.at.ecf@usdoj.gov Jul 08 2016 21:25:53
                 Office of the United States Trustee,    362 Richard Russell Building,    75 Ted Turner Drive, SW,
                 Atlanta, GA 30303-3315
                                                                                              TOTAL: 2
```

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
20003354*       +US Dept of Labor,    Wage and Hour Division,    61 Forsyth Street SW, RM 7M10,
                 Atlanta, GA 30303-8931
                                                                                 TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 10, 2016                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 7, 2016 at the address(es) listed below:
```
              A. Christopher Nogales    on behalf of Debtor   Gulf Coast Construction Inc
               bankruptcy@nogalesfirm.com
              Jordan E. Lubin    jordan.lubin@laslawgroup.com, GA36@ecfcbis.com
              Office of the United States Trustee    ustpregion21.at.ecf@usdoj.gov
                                                                                             TOTAL: 3
```