**UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
ATLANTA DIVISION

| | |
|---|---|
| IN RE: GULF COAST CONSTRUCTION, INC. | CASE NO. 16-61905-MGD |
| | CHAPTER 7 |
| Debtor(s). | |
| Plaintiff(s) | |
| v. | ADVERSARY NO. |
| Defendant(s). | |

## ORDER OF ADMISSION *PRO HAC VICE*

The court having read the Application of David Seligman for admission to practice *pro hac vice* in the above-styled case and it appearing that the Applicant meets the requirements of bankruptcy Local Rule 9010-2, it is

ORDERED that the Application is GRANTED.

This 28th day of November, 2016.

Mary Grace Diehl

U.S. BANKRUPTCY JUDGE